◼ The People of the State of New York, Respondent, v James Cuthrell, Appellant. (Appeal No. 2.) [786 NYS2d 759]— Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered November 27, 2002. The judgment convicted defendant, after a nonjury trial, of criminal nuisance in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Cuthrell* (13 AD3d 1224 [2004]). Present—Hurlbutt, J.P., Scudder, Kehoe, Smith and Hayes, JJ.